**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **TGE Industrial Services, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  TG Energy Industrial Services**<br>**DBA  Fishbone Solutions**<br>**DBA  Quality Welder Testing**<br>**DBA  Protech Welding Solutions**<br>**DBA  TG Energy Industrial Services**<br>**DBA  TG Energy Electrical Works** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-4771732** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4811 Cripple Creek**<br>**Houston, TX 77017**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **TGE Industrial Services, LLC**
　　　　　Name

Case number (*if known*) _____

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　　2371

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   **TGE Industrial Services, LLC**                                     Case number (*if known*) _____
         Name

**10.** **Are any bankruptcy cases**      ■ No
         **pending or being filed by a**    ☐ Yes.
         **business partner or an**
         **affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ Case number, if known | _____ |

**11.** **Why is the case filed in**      *Check all that apply:*
         **this district?**
                                  ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                     preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                  ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**      ■ No
         **have possession of any**       ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
         **real property or personal**
         **property that needs**
         **immediate attention?**         **Why does the property need immediate attention?** (*Check all that apply.*)

                                  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

                                     What is the hazard? _____

                                  ☐ It needs to be physically secured or protected from the weather.

                                  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                  ☐ Other _____

                                  **Where is the property?** _____
                                                           Number, Street, City, State & ZIP Code

                                  **Is the property insured?**

                                  ☐ No

                                  ☐ Yes.   Insurance agency   _____
                                           Contact name       _____
                                           Phone              _____

███  **Statistical and administrative information**

**13.** **Debtor's estimation of**   .   *Check one:*
         **available funds**
                                  ☐ Funds will be available for distribution to unsecured creditors.

                                  ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**      ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
         **creditors**              ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                                  ■ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                                  ☐ 200-999

**15.** **Estimated Assets**         ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                  ☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                  ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                  ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.** **Estimated liabilities**    ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Debtor   **TGE Industrial Services, LLC**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **TGE Industrial Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   06/17/2023
MM / DD / YYYY

X _[signature]_              **Mack McBurney**
Signature of authorized representative of debtor     Printed name

Title    **Chief Executive Officer**

| **18. Signature of attorney** | X   /s/ David W. Parham         Date   06/17/2023 |
|---|---|

Signature of attorney for debtor                 MM / DD / YYYY

**David W. Parham 15459500**
Printed name

**Akerman LLP**
Firm name

**2001 Ross Avenue**
**Suite 3600**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone   **214-720-4345**     Email address   **david.parham@akerman.com**

**15459500 TX**
Bar number and State

David W. Parham, SBN: 15459500
Laura M. Taveras, SBA: 24127243
**AKERMAN LLP**
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone:  (214) 720-4300
Facsimile:  (214) 981-9339
david.parham@akerman.com
laura.taveras@akerman.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | Case No. |
| TGE INDUSTRIAL SERVICES, LLC | § | |
| Debtor. | § | Chapter 7 |
| | § | |
| | § | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATION,
METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTOR'S
SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT
OF FINANCIAL AFFAIRS, AND CREDITOR MATRIX**

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by the Debtor TGE Industrial Services, LLC, the debtor in the above-captioned chapter 7 case (the "Debtor" or the "Company"), pending before the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court") were prepared, pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), by management of the Debtor, with the assistance of the Debtor's advisors.

Although the Debtor has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, incomplete disclosures, inaccuracies, or omissions may have occurred. The Debtor will update, and correct or complete the Schedules and Statements as it becomes aware of new information.

The Schedules and Statements are unaudited and subject to potential adjustment. Because the Schedules and Statements contain unaudited information and remain subject to further review,

68117196;1
70990096;1

verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Nothing contained in the Schedules and Statements or the Global Notes shall constitute a waiver of any right of the Debtor or an admission with respect to their chapter 7 case (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non bankruptcy laws to recover assets or avoid transfers), and the Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim as "disputed."

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules and Statement of Financial Affairs and Creditor Matrix* (the "**Global Notes**") are incorporated by reference in, and comprise an integral part of, the Debtor's Schedules and Statements and creditor matrix, and should be referred to and considered in connection with any review of the Schedules and Statements and creditor matrix. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

The Schedules and Statements for the Debtor are signed by Mack McBurney, CEO of the Debtor. In reviewing and signing the Schedules and Statements, Mack McBurney relied upon his knowledge of the business, accounting and financial data provided by Debtor's accounting consultants, the efforts, statements, advice, and representations of personnel of the Debtor and the Debtor's legal advisors. Mack McBurney has not and could not personally verify the accuracy of each statement and/or representation contained in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditors' addresses. Although every reasonable attempt has been made to assign corresponding transactions of the Debtor utilizing the available accounting and finance management systems and data, certain assets, liabilities, or cash payments may have been reported on one legal entity in these Schedules and Statements, while the beneficiary of the transaction may have been another Debtor or legal entity.

1.      **Sources of Information Requested and Provided**. In preparing these schedules, the Debtor relied on financial data derived from their books and records that was available at the time of such preparation. The Debtor, and its agents and attorneys do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor and its professionals expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtor, or their agents or attorneys be liable to any third party for any direct, indirect, incidental, consequential, or special

damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or their agents or attorneys are advised of the possibility of such damages.

2.    **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority" or "unsecured," or (c) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to recharacterize or reclassify such Claims or contracts or leases, the Debtor's setoff or recoupment rights with respect to such Claims, or any other rights of the Debtor related to such Claims.

3.    **Causes of Action**. Despite the Debtor's reasonable efforts to identify all known assets, the Debtor may not have listed all of the Debtor's causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtor reserves all of his rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, credits, or recoupment and any Claim on contracts or leases or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action by the Debtor and its estate.

## SPECIFIC DISCLOSURES APPLICABLE TO SCHEDULES AND STATEMENTS

**Schedules A/B.** Balance sheet information provided is as of June 12, 2023.

**Schedule D.** With respect to the Claims listed on Schedule D, reference to any loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtor reserves all rights to amend Schedule D.
.
**Schedule E/F.** The Debtor has used reasonable efforts to report all general unsecured claims against the Debtor on Schedule E/F based upon the Debtor's existing books and records, however, inadvertent errors or omissions may have occurred. The claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose may be an open issue of fact. In addition, the claims of individual creditors for, among other things, goods or services are listed as either the lower of the

amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits, rebates, recoupment, set-off or allowances due from such creditors to the applicable Debtor.

Claims owing to various taxing and regulatory authorities to which the Debtor may potentially be liable are included on the Debtor's Schedule E/F. Certain of such claims, however, may be subject to on-going audits and/or the Debtor are otherwise unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtor has listed all such priority claims as "contingent" and "unliquidated," pending final resolution of on-going audits or other outstanding issues.

Notwithstanding the foregoing, where creditors have yet to provide proper invoices for prepetition goods or services, such amounts may not be reflected on Schedule E/F. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves.

**Schedule G**. While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtor reserves the right to dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of a contract or lease onto this Schedule shall not be deemed an admission that such contract is an executory contract or unexpired lease, or that it is necessarily a binding, valid and enforceable contract. The contracts, agreements and leases listed on Schedule G may have expired or may have been terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein.

**Schedule H - Codebtors**. In the ordinary course of their businesses, the Debtor is involved in pending or threatened litigation and claims arising out of the conduct of their business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert crossclaims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H. The Debtor may not have identified certain guarantees that are embedded in the Debtor's executory contracts, unexpired leases and other such agreements. The Debtor reserves their right, but shall not be required, to amend the Schedules to the extent that guarantees are identified.

**Statement – Question 4 – Payments to or for the Benefit of Insiders**. Individuals listed in the Statements as insiders have been included for informational purposes only. The Debtor does not take any position with respect to (i) such person's influence over the control of the Debtor; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority or such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other

purpose. As such, the Debtor reserves all rights to dispute whether any individual or entity identified in response to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code. For more information regarding each Debtor's officers and directors, *see* Questions 28 and 29.

* * * END OF GLOBAL NOTES * * *
* SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE *

**Fill in this information to identify the case:**

Debtor name **TGE Industrial Services, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................... $ 1,293,619.46

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................... $ 1,293,619.46

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................... $ 1,477,272.60

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ 2,184,591.24

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ 1,352,054.53

4. Total liabilities ....................................................................................................
Lines 2 + 3a + 3b

$ 5,013,918.37

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **TGE Industrial Services, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | **$2,757.74** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Texas Bank** | **Operating** | **0256** | $129.70 |
| 3.2. | **TAB Bank** | **Lock-Box** | **2861** | $0.00 |
| 3.3. | **Texas First Bank** | **Checking** | **1767** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,887.44 |
|---|

**Part 2:** Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Debtor  **TGE Industrial Services, LLC**_____  Case number *(If known)* _____
      Name

Description, including name of holder of deposit
| | |
|---|---|
| **Down payment on the Premium Finance Agreement with IPFS Corporation related to Insurance Policies** | |
| 7.1. **Account No. TXH-D59093** | **$45,423.17** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | |
|---|---|
| **Starr Surplus Lines Insurance Company - CGL, Professional $1MM, Contractor's Polluti Policy #: 1000067784231** | |
| 8.1. **Term: 04/06/23-04/06/24** | **$0.00** |
| **Zurich American Insurance Company / Auto Policy #: BAP011311908** | |
| 8.2. **Term: 04/06/23-04/06/24** | **$0.00** |
| **Starr Surplus Lines Insurance Company - Umbrella Liab, Excess Liab Policy #: 1000337926231** | |
| 8.3. **Term: 04/06/23-04/06/24** | **Unknown** |
| **Zurch American Insurance Company / Workers Comp Policy: WC011312008** | |
| 8.4. **Term: 04/06/23-04/06/24** | **$0.00** |
| **Starr Indemnity and Liablity / Rented-Leased Equip Policy #: ITH100065174823** | |
| 8.5. **Term: 04/06/23-04/06/24** | **$0.00** |

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$45,423.17

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **1,126,051.86** | - | **0.00** | = .... | **$1,126,051.86** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **2,588.98** | - | **1,294.49** | = .... | **$1,294.49** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$1,127,346.35

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

Debtor   **TGE Industrial Services, LLC**
_____
Name

Case number *(If known)* _____

☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Furniture and fixtures | **$16,660.00** | **N/A** | **$10,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Computers | **$3,486.00** | **N/A** | **$3,486.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$13,486.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor  **TGE Industrial Services, LLC**                              Case number *(If known)* _____
        Name

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **Vehicle: 6000lb Pneumatic Forklift (5 year)** | $7,036.25 | N/A | $10,825.00 |
| 47.2. | **Vehicle: Wrap on Big Trailer (3 years)** | $3,066.67 | N/A | $3,066.67 |
| 47.3. | **Vehicle: Big Trailer (5 years)** | $3,133.33 | N/A | $3,133.33 |
| 47.4. | **Vehicle: Magnet Logo Signs (3 years)** | Unknown | N/A | $684.14 |
| 47.5. | **Trailers: Smoker** | $2,200.00 | N/A | $2,200.00 |
| 47.6. | **2021 UT Generic Utility Trailer E&I** **VIN: 4YMBU1014MT033869** | Unknown | Comparable sale | $2,000.00 |
| 47.7. | **2018 UT Generic Utility Trailer - 20'Flat Bed** **VIN: 4R78BU2026JT173163** | Unknown | | Unknown |
| 47.8. | **2013 Top Hat Trailer 40' Float** **VIN: 4R7B0204DT1235** | Unknown | Comparable sale | $13,000.00 |
| 47.9. | **2016 UT Nationwide Trailer - EANDI** **VIN: 53BLTEA11HU023267** | Unknown | | Unknown |
| 47.10. | **2009 TPHT Trailer** **VIN: 4R7BU16279T096** | Unknown | Comparable sale | $0.00 |
| 47.11. | **2012 200 TAND Trailer** **VIN: 4YMCL1224CT006862** | Unknown | | Unknown |
| 47.12. | **2005 VN Generic Dry Frt Van Tool Trailer E&I** **VIN: 47ZUB16Z15X035544** | Unknown | Comparable sale | $2,500.00 |
| 47.13. | **2014 FB Generic Flatbed Trailer Good Neck** **VIN: 4P5FS2924E1209334** | Unknown | | Unknown |
| 47.14. | **2010 VN E-350 Wagon Wagon 35 12P XL Van** **VIN: 1FBNE3BL4ADA02977** | Unknown | Comparable sale | $10,500.00 |
| 47.15. | **2015 VN Generic Dry Ft Van - Tool Trailer Black FS** **VIN: 5NHUVHV26FY022071** | Unknown | Comparable sale | $2,500.00 |

Debtor   **TGE Industrial Services, LLC**                          Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.16 · | **2017 VN GEneric Dry Frt Tool Trailer White FS** VIN: 571BE1629HM022870 | Unknown | Comparable sale | $5,500.00 |
| 47.17 · | **1997 Turnaround Trailer 18-Wheeler** VIN: 1DW1A4822VS132410 | Unknown | | Unknown |
| 47.18 · | **1989 RN Conex '16** | Unknown | | Unknown |
| 47.19 · | **2016 VN GEneric Dry Frt Van - Tool Trailer FS** VIN: 575200J21GT300373 | Unknown | | Unknown |

| | | | | |
|---|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Contractors Equipment: 4 Pack Welding Machine** | Unknown | N/A | Unknown |
| | **Equipment: Pipe Rack Jack** | $26,645.90 | N/A | $26,645.90 |
| | **Equipment: Vaccum Box Weld Testing Tank** | $807.49 | N/A | $807.49 |
| | **Equipment: Fuel Cell & Pump** | $1,113.35 | N/A | $1,113.35 |
| | **Equipment: Generators** | $2,110.81 | N/A | $2,110.81 |
| | **Equipment: Dust Extractor** | $479.99 | N/A | $479.99 |
| | **Equipment: Classic Bender Assy** | $3,053.15 | N/A | $3,053.15 |
| | **Equipment: Rigid Threader with Stand** | $7,356.67 | N/A | $7,356.67 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** Add lines 47 through 50.  Copy the total to line 87. | $97,476.50 |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor  **TGE Industrial Services, LLC**
_____  Case number *(If known)* _____
Name

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **TGEIS.com** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

---

Official Form 206A/B       Schedule A/B Assets - Real and Personal Property       page 6

Debtor **TGE Industrial Services, LLC**　　　　　　Case number *(If known)* _____

Name

| | | |
|---|---|---|
| 73. | Interests in insurance policies or annuities | |
| | **Champlain Specialty Insurance Company (Woodlands Insurance Services Inc) / Excess Policy # CSEN-CEL-0000299-02** | **Unknown** |
| | **Travelers Lloyd's Insurance Company - PKG - Policy # QT 660 8J924573 TLC** | **Unknown** |
| | **Crum & Forster Specialty Insurance (Woodlands Insurance Services Inc) / Excess Policy #: EFX-122778** | **Unknown** |
| | **Crum & Forster Indemnity Co (Woodlands Insurance Services Inc) / GLPL Policy #: EPK-143681** | **Unknown** |
| | **Imperium Insurance Co (RISCOM) - AutoLib - Policy #: ILR 18 01868 00** | **Unknown** |
| | **Federal Insurance Co (CRC Insurance Services Inc) - D&O - Policy #: 8762-3354** | **Unknown** |
| | **Mutual of Omaha - Life / AD&D Coverage - Policy No. G000B2MT** | **Unknown** |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **Astro season tickets** ................................................................ **$7,000.00**

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | **$7,000.00** |
   |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor    **TGE Industrial Services, LLC**    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,887.44 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $45,423.17 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,127,346.35 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,486.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $97,476.50 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $7,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,293,619.46 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,293,619.46 |

**Fill in this information to identify the case:**

Debtor name     **TGE Industrial Services, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1  C6 Capital Funding LLC** Creditor's Name **Attn: David Cooper, Managing Partner 315 East 62nd St, 3rd Floor New York, NY 10065** Creditor's mailing address **dcooper@c6capllc.com** Creditor's email address, if known **Date debt was incurred 04/28/2023** Last 4 digits of account number **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien **Texas First Bank - Checking - Acct# 1767** Describe the lien **Loan and Security Agreement** Is the creditor an insider or related party? ☑ No ☐ Yes Is anyone else liable on this claim? ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) As of the petition filing date, the claim is: Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | **$470,000.00** | **$0.00** |
| **2.2  nFusion Capital Finance LLC** Creditor's Name **Attn: Jason Lippman, CEO 6444 Burnet Road, Suite 100 Austin, TX 78757** Creditor's mailing address **jason@nfusioncapital.com** Creditor's email address, if known **Date debt was incurred 10/27/2022; 10/27/2022** | Describe debtor's property that is subject to a lien **All Collateral and TAB Bank - Lock-Box - Acct# 2861** Describe the lien **Revolving Letter of Credit and Security Agreement** Is the creditor an insider or related party? ☑ No ☐ Yes Is anyone else liable on this claim? ☐ No ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$607,272.60** | **$1,126,051.86** |

Debtor   **TGE Industrial Services, LLC**                                    Case number (if known) _____
_____
Name

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $400,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**4300 Amon Carter Blvd.**
**Fort Worth, TX 76155**
_____
Creditor's mailing address

**All Collateral**

**Describe the lien**
**Economic Injury Disaster Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**06/24/2020; 08/17/2021**

**Last 4 digits of account number**
**8008**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,477,272.60 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **nFusion Capital Finance LLC**<br>**Attn: Anthony Fortunato, Director U/W**<br>**6444 Burnet St. #100**<br>**Austin, TX 78757** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name  **TGE Industrial Services, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Ann Harris Bennett Tax<br>AssessorCollector<br>PO Box 4622<br>Houston, TX 77210-4622** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,055.90 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Louisiana Dept of Revenue<br>PO Box 4969<br>Baton Rouge, LA 70821-4969** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $687.46 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **TGE Industrial Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Tennessee State Revenue /TN TAP**
**500 Deaderick Street**
**Nashville, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,170,771.72 | $0.00 |
|---|---|---|---|---|

**Texas Comptroller**
**6320 Southwest Blvd, Ste 201**
**Fort Worth, TX 76109**

*Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Franchise Tax**

Last 4 digits of account number **2897**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,076.16 | $0.00 |
|---|---|---|---|---|

**Texas State Comptroller**
**P O Box 149348**
**Austin, TX 78714-9348**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,184.00 |
|---|---|---|---|

**4A Inspection**
**2509 Galveston Road**
**Houston, TX 77017**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Service**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Handler**
**4308 Shenandoa St**
**Dallas, TX 75205**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Notice Only**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **TGE Industrial Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Adjacent Capital Advisors LLC**
**4330 Williamsburg Rd**
**Dallas, TX 75220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.91**

**Airgas USA, LLC**
**PO Box 734671**
**Dallas, TX 75373-4671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/31/23**

Last 4 digits of account number  **7931**

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70.00**

**Andrew Dry**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ann King**
**6544 Westlake Ave**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00**

**Apache Industrial Services, Inc.**
**250 Assay St, Suite 500**
**Houston, TX 77044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/9/2022**

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,000.00**

**Architectural Testing, Inc.**
**6700 Portwest Drive**
**Houston, TX 77024**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/25/23**

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$222,438.00**

**Axis Industrial Holdings, Inc.**
**Attn: Brad Newton**
**302 W Pasadena Blvd**
**Deer Park, TX 77536**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **TGE Industrial Services, LLC**                                   Case number (if known) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Brandon Busch**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Byron Mcbride**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$25.50** |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Celestino Garza**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Chaparral Industrial Services**<br>PO Box 20365<br>Waco, TX 76702<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Service**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$16,584.66** |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Christopher A Casey**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Christopher K King**<br>6544 Westlake Ave<br>Dallas, TX 75214<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Notice Only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Coastal Resources Group, LLC**<br>PO Box 1143<br>Seguin, TX 78155<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Service**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,864.20** |

Debtor  **TGE Industrial Services, LLC**                                     Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.17 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$475.44** |
| **Comcast Business** | ☐ Contingent |
| P O Box 60533 | ☐ Unliquidated |
| **City of Industry, CA 91716-0533** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Service__ |
| Last 4 digits of account number __1395__ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.18 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$14,912.68** |
| **Consolidated Electrical Distributors Inc** | ☐ Contingent |
| PO Box 207088 | ☐ Unliquidated |
| **Dallas, TX 75320-7088** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Service__ |
| Last 4 digits of account number __1800__ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.19 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4,044.00** |
| **CORE Occupational Medical** | ☐ Contingent |
| 126 W. San Augustine Dr | ☐ Unliquidated |
| **Deer Park, TX 77536** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Service__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.20 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| **CornerPost Acquisition, LLC** | ☐ Contingent |
| Attn: Michael G. Donohoe | ☐ Unliquidated |
| 4330 Williamsburg Road | ☐ Disputed |
| **Dallas, TX 75220** | |
| Date(s) debt was incurred _ | **Basis for the claim:** __Notice Only__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.21 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| **CornerPost Capital Partners LLC** | ☐ Contingent |
| 580 Decker Dr., Ste 260 | ☐ Unliquidated |
| **Irving, TX 75062** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Notice Only__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.22 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| **Craig Kenney Exempt Trust** | ☐ Contingent |
| 8525 Ferndale Rd., Ste 204 | ☐ Unliquidated |
| **Dallas, TX 75238** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Notice Only__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.23 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| **Cynthia & Robert Davis** | ☐ Contingent |
| 2459 S Ponte Vedra Blvd | ☐ Unliquidated |
| **Ponte Vedra Beach, FL 32082** | ☐ Disputed |
| Date(s) debt was incurred _ | **Basis for the claim:** __Notice Only__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **TGE Industrial Services, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **David D Mathews** | ☐ Contingent | |
| | **2401 Cedar Bayou Rd** | ☐ Unliquidated | |
| | **Baytown, TX 77520** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **David Graham** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **David M Maggio** | ☐ Contingent | |
| | **2204 Peninsula Dr** | ☐ Unliquidated | |
| | **Flower Mound, TX 75022** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,386.18 |
| | **DISA Global Solutions Inc** | ☐ Contingent | |
| | **Dept 3731** | ☐ Unliquidated | |
| | **PO Box 123731** | ☐ Disputed | |
| | **Dallas, TX 75312-3731** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number  **3440** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Donohoe Family Partnership** | ☐ Contingent | |
| | **6865 Lakeshore Dr** | ☐ Unliquidated | |
| | **Dallas, TX 75214** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Elm Creek Partners I LP** | ☐ Contingent | |
| | **5949 Sherry Lane, Ste 1070** | ☐ Unliquidated | |
| | **Dallas, TX 75225** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Elm Creek TGE Investment LP** | ☐ Contingent | |
| | **5949 Sherry Ln, Ste 1070** | ☐ Unliquidated | |
| | **Dallas, TX 75225** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **TGE Industrial Services, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**

**Enterprise FM Trust**
**Enterprise FM Customer Billing**
PO BOX 800089
Kansas City, MO 64180-0089

Date(s) debt was incurred _

Last 4 digits of account number  **6300**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Equipment Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$20,999.71**

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Evergreen Industrial Services**
P O Box 2078
Deer Park, TX 77536

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$51,398.51**

---

**3.33** | **Nonpriority creditor's name and mailing address**

**FedEx Freight**
Dept CH
PO Box 10306
Palatine, IL 60055-0306

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$224.84**

---

**3.34** | **Nonpriority creditor's name and mailing address**

**First In Rescue Safety and Training**
6777 Fairmont Parkway
Pasadena, TX 77505

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$4,400.00**

---

**3.35** | **Nonpriority creditor's name and mailing address**

**Functional Office Systems**
8524 Highway 6 North #210
Houston, TX 77095

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$274.96**

---

**3.36** | **Nonpriority creditor's name and mailing address**

**Gateway Printing & Office Supply**
315 S. Closner
Edinburg, TX 78539

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

**$1,372.23**

---

**3.37** | **Nonpriority creditor's name and mailing address**

**Gordon Arata Montgomery Barnett**
201 St. Charles Ave, 40th Floor
New Orleans, LA 70170-4000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

**$560.00**

---

Debtor  **TGE Industrial Services, LLC**                                  Case number *(if known)* _____
Name

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,612.50 |
|---|---|---|---|

**Hammack & Co., CPAs LLC**
**10510 Spencer Hwy**
**La Porte, TX 77571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,356.58 |
|---|---|---|---|

**HDS White Cap Const. Supply**
**P O Box 4852**
**Orlando, FL 32802-4852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Health and Safety Council**
**5213 Center Street**
**Pasadena, TX 77505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/23**

Last 4 digits of account number  **2510**

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**HJC Development Ltd I**
**8525 Ferndale Rd., Ste 204**
**Dallas, TX 75238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,807.82 |
|---|---|---|---|

**HMTBP Holdings, Inc**
**P O Box 841686**
**Dallas, TX 75284-1686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.00 |
|---|---|---|---|

**Houston Area Safety Council**
**PO Box 621001**
**Dallas, TX 75262-1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2510**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,953.68 |
|---|---|---|---|

**Hulltech Solutions LLC**
**2810 Rosebud Dr**
**Pearland, TX 77584-9100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **TGE Industrial Services, LLC**                                      Case number *(if known)* _____
      Name

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7.50** |
|---|---|---|---|

**Industrial Safety Training Council**
3749 Hwy 69 North
Beaumont, TX 77705

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Trade debt**

**Last 4 digits of account number  6819**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,241.69** |
|---|---|---|---|

**Intercoastal Sales Co**
P O Box 1547
La Porte, TX 77572

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Service**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$138,348.43** |
|---|---|---|---|

**IPFS Corporation**
2777 Allen Parkway Suite 550
Houston, TX 77019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/30/23**

Basis for the claim:  **Insurance**

**Last 4 digits of account number  8204**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,375.38** |
|---|---|---|---|

**Jackson Walker, LLP**
P O Box 130989
Dallas, TX 75313-0989

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Professional services**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jacob Rivers**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James & Helen McCleneghen**
2701 Regatta Dr.
Plano, TX 75093

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James A Donohoe TTEE**
6865 Lakeshore Dr
Dallas, TX 75214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  **Notice Only**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TGE Industrial Services, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.52** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**James A Donohoe TTEE / Allison Elaine**
**6865 Lakeshore Dr**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**James A Donohoe TTEE / Katherine Ann**
**6865 Lakeshore Dr**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**James A Donohoe TTEE / Nicholas James**
**6865 Lakeshore Dr**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Jane Bosart Foundation**
**8525 Ferndale Rd, Ste 204**
**Dallas, TX 75238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Javier Gonzalez**
**312 E Cedar Bayou Lynchburg Rd**
**Baytown, TX 77521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $790.77

**Jeff Havens**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Jeffrey & Stacey Henningsen**
**1800 Augusta, Ste 105**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TGE Industrial Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerome Trust**
**Jerome Francis Donoe TTEE**
**2865 Sheridan Place**
**Evanston, IL 60201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JM TestSystems LLC**
**7323 Tom Dr**
**Baton Rouge, LA 70806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Service__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John McBurney**
**4 Chelsea Blvd #1211**
**Houston, TX 77006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John O Sloan**
**2810 Rosebud Dr**
**Pearland, TX 77584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice Only__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Jon Linker**
**6223 Woods Bridge Way**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Bridge Loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Morgan**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $218.11 |
|---|---|---|---|

**Karen McAllister**
**17310 Cricket Mill Dr**
**Humble, TX 77346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **TGE Industrial Services, LLC**  Case number (if known) _____
_____
Name

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,849.00 |
|---|---|---|---|

**KRONOS**
P O Box 744724
Atlanta, GA 30374-4724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2218**

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lester Wollam**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,626.75 |
|---|---|---|---|

**Louisiana Occupational Medicine**
**Prime Lake Charles**
**15481 Airline Hwy**
**Baton Rouge, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Lucky Ace Web Design LLC**
**316 Cavil Barrier Ln**
**La Porte, TX 77571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,783.75 |
|---|---|---|---|

**Marverick International LTD**
**1650 Brockman St. #1906**
**Beaumont, TX 77705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,771.00 |
|---|---|---|---|

**Marx Steel LLC**
**11983A FM 529**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mayer Electric Supply Co Inc**
**3405 4th Avenue South**
**Birmingham, AL 35222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **TGE Industrial Services, LLC**                                        Case number *(if known)* _____
_____
Name

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

**3.73** | Nonpriority creditor's name and mailing address

**Michael & Linda Donohoe**
**4330 Williamsburg Rd**
**Dallas, TX 75220**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address

**Michael Bosco**
**9206 Club Glen Dr**
**Dallas, TX 75243**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address

**MISTRAS Group, Inc**
**195 Clarksville Road**
**Princeton Junction, NJ 08550**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $637.40
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address

**Moss Adams LLP**
**P.O. Box 101822**
**Pasadena, CA 91189-1822**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $22,575.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Professional services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address

**Mutual of Omaha**
**P.O. Box 2147**
**Omaha, NE 68103-2147**

Date(s) debt was incurred _
Last 4 digits of account number  __B2M7__

As of the petition filing date, the claim is: *Check all that apply.*      $1,120.97
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address

**Nathan T Kinney**
**1551 N Michigan Ave, Apt 1603**
**Chicago, IL 60601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address

**Network Cabling Services Inc**
**12626 Fuqua St**
**Houston, TX 77034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $719.86
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Service__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TGE Industrial Services, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,701.93** |
|---|---|---|---|

**Omnipotech LTD**
**11422 A Cragalhead Dr**
**Houston, TX 77025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul S Tomaso**
**4422 Northcrest Rd**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
|---|---|---|---|

**Petrofac Inc**
**16340 Park Ten Pl**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.92** |
|---|---|---|---|

**Phillip Terry**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$216.50** |
|---|---|---|---|

**Pro-Surve Technical Services LLC**
**1265 Bulter Road**
**League City, TX 77573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,890.00** |
|---|---|---|---|

**Randy S. Roden**
**PO Box 538**
**Liverpool, TX 77577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,799.19** |
|---|---|---|---|

**Rexel**
**P O Box 840638**
**Dallas, TX 75284-0638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **TGE Industrial Services, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address
**Rilene Burgess**
1415 Poplar Cove
La Porte, TX 77571

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address
**Robert S Davis**
3102 Hanna Ln
Bentonville, AR 72712

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address
**RUS Industrial LLC**
16030 Bear Bayou Dr
Channelview, TX 77530

Date(s) debt was incurred _
Last 4 digits of account number  **D001**

As of the petition filing date, the claim is: *Check all that apply.* **$2,225.51**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address
**SignQuick**
1426 Atlantis Drive
Webster, TX 77598

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$413.52**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address
**Sloan and Roberts PLLC**
5151 Belt Line Road Suite 1050
Dallas, TX 75254

Date(s) debt was incurred _
Last 4 digits of account number  **603M**

As of the petition filing date, the claim is: *Check all that apply.* **$21,981.21**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address
**Sloan Rangers LLC**
2810 Rosebud Drive
Pearland, TX 77584

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$6,794.96**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address
**Summit Fire & Security**
PO Box 6783
Carol Stream, IL 60197-6783

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$823.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TGE Industrial Services, LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,494.00** |
|---|---|---|---|
| | **Tap Truck Houston LLC**<br>**1225 North Loop W Ste 640**<br>**Houston, TX 77008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,196.17** |
|---|---|---|---|
| | **Terminix Commercial**<br>**P O Box 802155**<br>**Chicago, IL 60680** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$79.50** |
|---|---|---|---|
| | **Terry McBurney III** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Timothy Sharbine** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,217.97** |
|---|---|---|---|
| | **Tool Mart Inc**<br>**13721 S. Gessner, Suite 200**<br>**Missouri City, TX 77489** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Service** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$258,372.89** |
|---|---|---|---|
| | **Unique Admin Services Organization LLC**<br>**4646 Corona Ste 105**<br>**Corpus Christi, TX 78411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Payroll Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122,412.40** |
|---|---|---|---|
| | **Unique Staff Leasing III, Ltd**<br>**dba UniqueHR**<br>**4646 Corona, Ste 100**<br>**Corpus Christi, TX 78411** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **12/23/2020** | Basis for the claim:  **Payroll Service** | |
| | Last 4 digits of account number  **0013** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **TGE Industrial Services, LLC**                                      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$4,735.90** |

**3.101**

**Nonpriority creditor's name and mailing address**

**United Rentals**
**PO Box 840514**
**Dallas, TX 75284-0514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$4,735.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102**

**Nonpriority creditor's name and mailing address**

**Uribe Steel**
**7213 Miller Rd 2**
**Houston, TX 77049**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$56,662.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.103**

**Nonpriority creditor's name and mailing address**

**Waste Management**
**P.O. Box 660345**
**Dallas, TX 75266**

Date(s) debt was incurred _

Last 4 digits of account number  **3003**

As of the petition filing date, the claim is: *Check all that apply.*                **$135.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104**

**Nonpriority creditor's name and mailing address**

**Welder Testing Inc**
**502 West 13th Street**
**Deer Park, TX 77536**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$245.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**

**WEX Bank**
**PO Box 6293**
**Carol Stream, IL 60197-6293**

Date(s) debt was incurred _

Last 4 digits of account number  **9412**

As of the petition filing date, the claim is: *Check all that apply.*                **$6,769.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**

**William H Douning**
**12026 Lueders Ln**
**Dallas, TX 75230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**

**William Scotsman Inc**
**PO Box 91975**
**Chicago, IL 60693-1975**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$5,558.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **TGE Industrial Services, LLC**
Name

Case number (if known) _____

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,241.10 |
|---|---|---|---|

**Willscot Mobile Mini**
**4646 E Van Buren St., Ste 400**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number  **9417**

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**WPC Coit / SV LP**
**8525 Ferndale Rd., Ste 204**
**Dallas, TX 75238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,269.90 |
|---|---|---|---|

**Wrinkle, Garner & Company**
**3231 FM 528**
**Friendswood, TX 77546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Rust-Ewing Watt and Haney Inc**<br>**dba Texas First Insurance**<br>**7900 Emmett Lowry Expressway**<br>**Texas City, TX 77591** | Line  **3.47**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.** Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 2,184,591.24 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,352,054.53 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,536,645.77 |

**Fill in this information to identify the case:**

Debtor name  **TGE Industrial Services, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest  **Master Service Agreement #KS 16 WA 422**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alon USA**<br>**PO Box 453**<br>**Krotz Springs, LA 70750-0453** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest  **Master Service Agreement #20180227085836**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Arkema Inc**<br>**900 First Ave**<br>**King of Prussia, PA 19406** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest  **Master Service Agreement #338278**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ascend Performance Materials LLC**<br>**1010 Travis St, Ste 900**<br>**Houston, TX 77002** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest  **Service and Supply of Goods MSA Agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Axis Industrial Services LLC**<br>**Attn: JT Maddox IV, President**<br>**5110 IH 37**<br>**Corpus Christi, TX 78407** |

Debtor 1   **TGE Industrial Services, LLC**
_____
First Name          Middle Name          Last Name

Case number (*if known*) _____

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement #230875** | |
| State the term remaining | **Baker Hughes Oilfield Operations Inc Attn: Steven Adams 13200 Baypark Rd Pasadena, TX 77507** |
| List the contract number of any government contract | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement #21-648-31-SO1 Project: PSM Odessa Ector Inlet** | |
| State the term remaining | **BL Harbert PO Box 531390 Birmingham, AL 35253** |
| List the contract number of any government contract | |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement #4600011620** | |
| State the term remaining | **Braskem America Inc 1735 Market St Philadelphia, PA 19103** |
| List the contract number of any government contract | |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement #6132018** | |
| State the term remaining | **BTU Management Services LLC PO Box 218 Logan, NM 88426-0218** |
| List the contract number of any government contract | |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest **Master Service Agreement** | |
| State the term remaining | **Buckeye Partners LP Five Ten Park 999 Hamilton Blvd Breinigsville, PA 18031** |
| List the contract number of any government contract | |

Debtor 1   **TGE Industrial Services, LLC**

First Name       Middle Name       Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement #CW2019806**

    State the term remaining

    List the contract number of any government contract

**Calpine Operating Services Company Inc**
**717 Texas Avenue, Ste 1000**
**Houston, TX 77002**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement #377770-MSA-MS-024**

    State the term remaining

    List the contract number of any government contract

**CB&I, Inc.**
**2103 Research Forest Dr**
**Spring, TX 77380**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement #10384**

    State the term remaining

    List the contract number of any government contract

**Celanese International Corp**
**222 West Las Colinas Blvd, Ste 900N**
**Irving, TX 75039**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement #4600104125**

    State the term remaining

    List the contract number of any government contract

**Chalmetta Refining LLC**
**50 West Saint Bernard Hwy**
**Chalmette, LA 70043**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Master Supply and Services Agreement #TGE-061112**

    State the term remaining

    List the contract number of any government contract

**Champion Technologies Inc**
**Attn: Contracts Manager**
**3200 Southwest Fwy**
**Houston, TX 77227**

---

Debtor 1   **TGE Industrial Services, LLC**
First Name        Middle Name        Last Name

Case number (*if known*) _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #26570-MSA-L48** | |
|---|---|---|---|
| | State the term remaining | | **ConocoPhillips** |
| | List the contract number of any government contract | _____ | **600 North Dairy Ashford WL2 #10070E Houston, TX 77079** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #CP-1973** | |
|---|---|---|---|
| | State the term remaining | | **Contanda / BWC Terminals** |
| | List the contract number of any government contract | _____ | **1111 Bagby St, Ste 1600 Houston, TX 77002** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Mastser Construction Agreement #LCM No. 79042** | |
|---|---|---|---|
| | State the term remaining | | **Convestro LLC** |
| | List the contract number of any government contract | _____ | **Attn: Zakaria Kamoune 8500 West Bay Rd Baytown, TX 77523-8727** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #1575** | |
|---|---|---|---|
| | State the term remaining | | **DCP Midstream** |
| | List the contract number of any government contract | _____ | **6900 East Layton Ave, Ste 900 Denver, CO 80237** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #450001288** | |
|---|---|---|---|
| | State the term remaining | | **Denbury OnShore LLC** |
| | List the contract number of any government contract | _____ | **5320 Legacy Dr Plano, TX 75024** |

Debtor 1  **TGE Industrial Services, LLC**

First Name         Middle Name         Last Name

Case number *(if known)*



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #19718** | |
|---|---|---|---|
| | State the term remaining | | **Devon Energy Production Co LP** |
| | List the contract number of any government contract | | **333 W Sheridan Ave** |
| | | | **Oklahoma City, OK 73102-5015** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **EnGlobal Engineering Services** |
| | List the contract number of any government contract | | **654 N Sam Houston Pkwy E, Ste 400** |
| | | | **Houston, TX 77060** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Master Lease Agreement #7635 Customer No. xx6300** | |
|---|---|---|---|
| | State the term remaining | | **Enterprise FM Trust** |
| | List the contract number of any government contract | | **Enterprise FM Customer Billing** |
| | | | **PO Box 800089** |
| | | | **Kansas City, MO 64180-0089** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #PS1501-H-PS0041** | |
|---|---|---|---|
| | State the term remaining | | **EthosEnergy Power Solutions LLC** |
| | List the contract number of any government contract | | **2800 N Loop W** |
| | | | **Houston, TX 77092** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #A2643293** | |
|---|---|---|---|
| | State the term remaining | | **ExxonMobil Global Services Co** |
| | List the contract number of any government contract | | **1735 Hughes Landing Blvd** |
| | | | **Spring, TX 77380** |

Debtor 1  **TGE Industrial Services, LLC**                                          Case number (*if known*) _____
_____
First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance: D&O Crime Policy #: 8262-3354 04/30/23-04/30/24** |
|---|---|---|
| | State the term remaining | **Federal Insurance Company Capital Center, 251 North Illinois Suite 1100 Indianapolis, IN 46204-1927** |
| | List the contract number of any government contract | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #09600-CS** |
|---|---|---|
| | State the term remaining | **FlintHills,Investa, Koch 4123 East 37th Street North Wichita, KS 67220** |
| | List the contract number of any government contract | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #US7519689** |
|---|---|---|
| | State the term remaining | **Hartree Partners LP 1185 Avenue of the Americas New York, NY 10036** |
| | List the contract number of any government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #PSA-4006** |
|---|---|---|
| | State the term remaining | **Huntsman International LLC 10003 Woodlock Forest Dr Spring, TX 77380** |
| | List the contract number of any government contract | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **On-Site Service Agreement #OCB-2019-094** |
|---|---|---|
| | State the term remaining | **INEOS Oligomers Chocolate Bayou LLC Attn: Procurement Manager 2600 South Shore Blvd, Ste 400 League City, TX 77573** |
| | List the contract number of any government contract | |

Debtor 1   **TGE Industrial Services, LLC**                          Case number *(if known)* _____
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #SA-GA-16-0016** | |
|---|---|---|---|
| | State the term remaining | | **INEOS Styrolution America LLC** |
| | List the contract number of any government contract | _____ | **12222 Port Road**<br>**Pasadena, TX 77507** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **On-Site Service Agreement O&P 22-00072 / #80326619** | |
|---|---|---|---|
| | State the term remaining | | **INEOS USA LLC**<br>**dba INEOS Olefins & Polymers USA**<br>**Attn: Eddie Carter, Procurement Mgr** |
| | List the contract number of any government contract | _____ | **2600 South Shore Blvd, Ste 500**<br>**League City, TX 77573** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Finance Agreement Account No. TXH-D59093** | |
|---|---|---|---|
| | State the term remaining | | **IPFS Corporation** |
| | List the contract number of any government contract | _____ | **2900 N Loop West, Ste 1150**<br>**Houston, TX 77092** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor General Terms and Conditions #N-0-PU-FF-GEN0003** | |
|---|---|---|---|
| | State the term remaining | | **Kaneka North America LLC**<br>**Attn: Yari Curry** |
| | List the contract number of any government contract | _____ | **6161 Underwood Rd**<br>**Pasadena, TX 77507** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #85930** | |
|---|---|---|---|
| | State the term remaining | | **Kinder Morgan Contracting Services LLC** |
| | List the contract number of any government contract | _____ | **405 Clinton Dr, Ste D**<br>**Galena Park, TX 77547** |

Debtor 1    **TGE Industrial Services, LLC**                                    Case number (*if known*) _____
_____
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement #CW2268722**

State the term remaining

List the contract number of any government contract

**Lyondell Chemical Company**
**1221 McKinney St, Ste 300**
**Houston, TX 77010**

---

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement #MS-2015-00303**

State the term remaining

List the contract number of any government contract

**Marathon Petroleum Co LP**
**539 South Main St**
**Findlay, OH 45840**

---

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement #CW2226975**

State the term remaining

List the contract number of any government contract

**Marathon Pipe Line LLC**
**539 South Main St**
**Findlay, OH 45840**

---

**2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance: Life / AD&D Policy #: G000B2M7**

State the term remaining

List the contract number of any government contract

**Mutual of Omaha**
**P.O. Box 2147**
**Omaha, NE 68103-2147**

---

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **Master Service Agreement #TGE-MSA-110114R**

State the term remaining

List the contract number of any government contract

**NALCO Company**
**3200 Southwest Fwy, Ste 2700**
**Houston, TX 77027**

---

Debtor 1  **TGE Industrial Services, LLC**

First Name      Middle Name       Last Name

Case number (if known)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.40.  State what the contract or lease is for and the nature of the debtor's interest

**Intercreditor Agreement and Amendment**

State the term remaining

List the contract number of any government contract

**nFusion Capital Finance LLC**
**Attn: Anthony Fortunato**
**6444 Burnet Road, Suite 100**
**Austin, TX 78757**

---

2.41.  State what the contract or lease is for and the nature of the debtor's interest

**Master Service Agreement**

State the term remaining

List the contract number of any government contract

**Oiltanking**

---

2.42.  State what the contract or lease is for and the nature of the debtor's interest

**Master Service Agreement**

State the term remaining

List the contract number of any government contract

**OXEA Corporation**
**1505 West LBJ Fwy, Ste 400**
**Dallas, TX 75234**

---

2.43.  State what the contract or lease is for and the nature of the debtor's interest

**Master Service Agreement #80642.0-MSA-RPC**

State the term remaining

List the contract number of any government contract

**Phillips 66 Universal**
**WEX BANK**
**P O Box 6293**
**Carol Stream, IL 60197**

---

2.44.  State what the contract or lease is for and the nature of the debtor's interest

**Fixed Price Separated Construction Agreement LCM #: 20-10222-061**

State the term remaining

List the contract number of any government contract

**Polynt Composites USA Inc**
**Attn: Harold J Visser**
**2434 Holmes Rd**
**Houston, TX 77051**

---

Debtor 1  **TGE Industrial Services, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.45.** State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** |
| State the term remaining | |
| List the contract number of any government contract | **S&B Constructors (EPC)** |
| **2.46.** State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #307005v1** |
| State the term remaining | **Shintech Inc** |
| List the contract number of any government contract | **Three Greenway Plaza, Ste 1150**<br>**Houston, TX 77046** |
| **2.47.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease - 4811 Cripple Creek, Houston, TX 77017** |
| State the term remaining | **Shop Properties LLC** |
| List the contract number of any government contract | **1509 Post Office St**<br>**Galveston, TX 77550-4832** |
| **2.48.** State what the contract or lease is for and the nature of the debtor's interest | **Standard Performance Agreement** |
| State the term remaining | **Stepan Company**<br>**Attn: Ryan Horn** |
| List the contract number of any government contract | **22 W Frontage Rd**<br>**Winnetka, IL 60093** |
| **2.49.** State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #SCM-02165** |
| State the term remaining | **Targa Resources LLC** |
| List the contract number of any government contract | **1000 Louisiana, Ste 4300**<br>**Houston, TX 77002** |

Debtor 1    **TGE Industrial Services, LLC**                                      Case number *(if known)* _____

First Name            Middle Name            Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #660006547** | |
|---|---|---|---|
| | State the term remaining | | **Total Petrochemicals & Refining USA Inc** |
| | List the contract number of any government contract | | **1201 Louisiana St, Ste 1800**<br>**Houston, TX 77002** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #PS-18-2787** | |
|---|---|---|---|
| | State the term remaining | | **TPC Group LLC** |
| | List the contract number of any government contract | | **500 Dallas, Ste 1000**<br>**Houston, TX 77002** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Client Service Agreement (Texas Employees)** | |
|---|---|---|---|
| | State the term remaining | | **Unique Staff Leasing III Ltd**<br>**dba UniqueHR** |
| | List the contract number of any government contract | | **4646 Corona, Ste 100**<br>**Corpus Christi, TX 78411** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement #CORP08MS5950** | |
|---|---|---|---|
| | State the term remaining | | **Valero Companies** |
| | List the contract number of any government contract | | **PO Box 691787**<br>**San Antonio, TX 78269-1787** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Vallen Electrical** |
| | List the contract number of any government contract | | |

Debtor 1   **TGE Industrial Services, LLC**                                    Case number (*if known*) _____
　　　　　First Name　　　Middle Name　　　Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.55.　State what the contract or lease is for and the nature of the debtor's interest　　**Master Service Agreement**

　　　　State the term remaining

　　　　List the contract number of any government contract

**Veolia North America
Attn: General Counsel
53 State St, 14th Floor
Boston, MA 02109**

**Fill in this information to identify the case:**

Debtor name **TGE Industrial Services, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Reconn Industrial Services LLC** | **4811 Cripple Creek Dr Houston, TX 77017-5935** | **Small Business Administration** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Terry D McBurney III** | **4811 Cripple Creek Houston, TX 77017 (Validity Agreement)** | **C6 Capital Funding LLC** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **Terry D McBurney III** | **4811 Cripple Creek Houston, TX 77017 (Validity Agreement)** | **nFusion Capital Finance LLC** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Terry McBurney** | **4811 Cripple Creek Houston, TX 77017** | **Small Business Administration** | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **TGE Industrial Services, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/17/2023___       x _____
                                    Signature of individual signing on behalf of debtor

**Mack McBurney**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **TGE Industrial Services, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$1,990,442.90** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☑ Operating a business<br>☐ Other _____ | **$9,244,719.35** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☑ Operating a business<br>☐ Other _____ | **$7,000,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **TGE Industrial Services, LLC** _____     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **IPFS Corporation**<br>**2777 Allen Parkway Suite 550**<br>**Houston, TX 77019** | **4/28/2023** | **$45,423.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.2.  **WEX Bank**<br>**PO Box 6293**<br>**Carol Stream, IL 60197-6293** | **4/11/2023** | **$6,233.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Constellation New Energy Inc**<br>**PO Box 4911**<br>**Houston, TX 77210-4911** | **03/2023**<br>**04/2023** | **$3,099.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Mark Robertson**<br>**1509 Post Office**<br>**Galveston, TX 77550**<br>**Board of Managers** | **06/02/22 -**<br>**$2,823.95**<br>**07/05/22 -**<br>**$2,823.95**<br>**08/02/22 -**<br>**$2,823.95**<br>**09/02/22 -**<br>**$2,823.95**<br>**10/06/22 -**<br>**$2,823.95**<br>**11/20/22 -**<br>**$2,823.95**<br>**12/02/22 -**<br>**$2,823.95**<br>**01/01/23 -**<br>**$3,360.78**<br>**02/01/23 -**<br>**$3,360.78**<br>**03/01/23 -**<br>**$3,360.78**<br>**04/01/23 -**<br>**$3,360.78**<br>**05/01/23 -**<br>**$3,360.78**<br>**06/01/23 -**<br>**$3,360.78** | **$39,932.29** | **Rent payment to Shop**<br>**Properties** |

Debtor   **TGE Industrial Services, LLC**                              Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.   **Mark Robertson** **1509 Post Office** **Galveston, TX 77550** **Board of Managers** | **6/2022-06/20 23** | **$13,000.00** | **Interest only payments for previous loan** |
| 4.3.   **Terry (Mack) McBurney III** **4611 Cripple Creek** **Houston, TX 77017** **Chief Executive Officer** | **03/17/23** | **$38,000.00** | **Reimbursement for personal credit card loan** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **TGE Industrial Services LLC, et al v Tenaris Bay City, Inc.** **23-F-0039** | **Debt Collection** | **130th Matagorda County District Ct** **1700 7th St, Rm 307** **Bay City, TX 77414-5092** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor  **TGE Industrial Services, LLC**                                    Case number *(if known)*

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Akerman LLP**<br>**2001 Ross Avenue**<br>**Suite 3600**<br>**Dallas, TX 75201** | **Attorney Fees** | **06/16/2023** | **$10,000.00** |
| | Email or website address<br>**david.parham@akerman.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **nFusion Capital Finance LLC**<br>**Attn: Jason Lippman, CEO**<br>**6444 Burnet Road, Suite 100**<br>**Austin, TX 78757** | **Security Agreement for Revolving Line of Credit** | **10/27/2022** | **$607,272.60** |
| | **Relationship to debtor** | | | |

Debtor   **TGE Industrial Services, LLC** _____   Case number *(if known)* _____

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Texas First Bank 3000FM 1764 La Marque, TX 77568** | **XXXX-5172** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 6/2023 | $0.00 |

---

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor   **TGE Industrial Services, LLC** _____   Case number (if known) _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **nFusion Capital Finance LLC**<br>**Attn: Jason Lippman, CEO**<br>**6444 Burnet Road, Suite 100**<br>**Austin, TX 78757** | **TAB Bank**<br>**4185 Harrison Blvd., Ste 200**<br>**Ogden, UT 84403** | **TAB Bank / Lock-box Acct # 2861**<br>**Security interest in substantially all assets including accounts receivables** | **Unknown** |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

_Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor   **TGE Industrial Services, LLC** _____   Case number _(if known)_ _____

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Katherine Phillips**<br>**TG Energy Industrial Services**<br>**4811 Cripple Creek**<br>**Houston, TX 77017** | **10/17/2022 - Present** |
| 26a.2.   **Cori Savein** | **01/01/2021-10/01/2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Hammack & Co, CPAs, LLC**<br>**Attn: Bruce Hammack**<br>**10510 Spencer Hwy**<br>**La Porte, TX 77571** | **06/04/2021,**<br>**02/22/2022,**<br>**04/11/2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Small Business Administration**<br>**4300 Amon Carter Blvd.**<br>**Fort Worth, TX 76155** |

Debtor   **TGE Industrial Services, LLC** _____     Case number *(if known)* _____

| Name and address | |
|---|---|
| 26d.2. | **nFusion Capital Finance LLC**<br>**Attn: Jason Lippman, CEO**<br>**6444 Burnet Road, Suite 100**<br>**Austin, TX 78757** |
| 26d.3. | **C6 Capital Funding LLC**<br>**8791 South Redwood Rd**<br>**Suite 200**<br>**West Jordan, UT 84088** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Elm Creek Partners I LP** | **5949 Sherry Ln, Ste 1070**<br>**Dallas, TX 75225** | | **21.285%** |
| **Cornerpost Acquisition LLC** | **580 Decker Dr, Ste 260**<br>**Irving, TX 75062** | **Managing Member** | **22.73%** |
| **David D Mathews** | **2401 Cedar Bayou Rd**<br>**Baytown, TX 77520** | **Equity Shareholder** | **10.33%** |
| **John O Sloan** | **2810 Rosebud Dr**<br>**Pearland, TX 77584** | **Equity Shareholder** | **06.703%** |
| **Elm Creek TGE Investment, LP** | **5949 Sherry Ln, Ste 1070**<br>**Houston, TX 77225** | **Equity Shareholder** | **13.586%** |
| **Michael Bosco** | **9206 Club Glen Dr.**<br>**Dallas, TX 75243** | **Minority Partner** | **0.091%** |
| **Robert S Davis** | **3102 Hanna Ln**<br>**Bentonville, AR 72712** | **Minority Partner** | **0.0136%** |
| **James A Donohoe TTEE** | **6865 Lakeshore Dr**<br>**Dallas, TX 75214** | **Minority Partner** | **0.023%** |

Debtor   **TGE Industrial Services, LLC**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James A Donohoe TTEE** | **Allison Elaine**<br>**6865 Lakeshore Dr**<br>**Dallas, TX 75214** | **Minority Partner** | **0.023%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James A Donohoe TTEE** | **Katherine Ann**<br>**6865 Lakeshore Dr**<br>**Dallas, TX 75214** | **Minority Partner** | **0.023%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James A Donohoe TTEE** | **Nicolas James**<br>**6865 Lakeshore Dr**<br>**Dallas, TX 75214** | **Minority Partner** | **0.023%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William H Douning** | **12026 Lueders Ln**<br>**Dallas, TX 75230** | **Minority Partner** | **0.091%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James A Donohoe** | **6865 Lakeshore Dr**<br>**Dallas, TX 75214** | **Minority Partner** | **0.136%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Donohoe Family Partnership** | **6865 Lakeshore Dr**<br>**Dallas, TX 75214** | **Equity Partnership** | **22.43%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey & Stacey Henningsen** | **1800 Augusta Suite 105**<br>**Houston, TX 77057** | **Minority Partner** | **0.045%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael & Linda Donohoe** | **4330 Williamsburg Rd**<br>**Dallas, TX 75220** | **Shareholder** | **1.155%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jerome Trust** | **Jerome Francies Done TTEE**<br>**2865 Sheridan Place**<br>**Evanston, IL 60201** | **Shareholder** | **1.136%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Craig Kenney Exempt Trust** | **8525 Ferndale Rd, Ste 204**<br>**Dallas, TX 75238** | **Shareholder** | **0.362%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **HJC Development Ltd-I** | **8525 Ferndale Rd, Ste 204**<br>**Dallas, TX 75238** | **Shareholder** | **1.087%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **WPC Coit/SV LP** | **8525 Ferndale Rd, Ste 204**<br>**Dallas, TX 75238** | | **0.272%** |

Debtor   **TGE Industrial Services, LLC** _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christopher K King** | **6544 Westlake Ave**<br>**Dallas, TX 75214** | | **0.036%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jane Bosart Foundation** | **8525 Ferndale Rd, Ste 204**<br>**Dallas, TX 75238** | | **0.430%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Paul S Tomaso** | **4422 Northcrest Rd**<br>**Dallas, TX 75229** | | **0.091%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nathan T Kinney** | **2610 Allen St, Apt #4302**<br>**Dallas, TX 75204** | | **0.091%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James & Helen McCleneghen** | **2701 Regatta Dr**<br>**Plano, TX 75093** | | **0.072%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Adjacent Capital Advisors LLC** | **580 Decker Dr., Ste 260**<br>**Irving, TX 75062** | | **0.091%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Cornerpost Capital Partners LLC** | **580 Decker Dr., ste 260**<br>**Irving, TX 75062** | | **0.159%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jon Linker** | **6223 Woods Bridge Way**<br>**Houston, TX 77007** | | **47.33%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Maggio** | **2204 Peninsula Dr.**<br>**Flower Mound, TX 75022** | **Board of Managers** | **0.235%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Reconn Industrial Services LLC** | **PO Box 580118**<br>**Houston, TX 77258** | **Managing Member** | **5.208%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rilene Burgess** | **1415 Poplar Cove**<br>**La Porte, TX 77571** | **Board of Managers** | **0.091%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **John McBurney** | **4 Chelsea Blvd #1211**<br>**Houston, TX 77006** | **Board of Managers** | **18.45%** |

Debtor **TGE Industrial Services, LLC** _____  Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Robertson | 1509 Post Office Galveston, TX 77550 | Board of Managers | 11.16% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Aaron Handler | 4308 Shenandoa St Dallas, TX 75205 | Board of Managers | 0.620% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Mark Robertson 1509 Post Office Galveston, TX 77550 | $13,000.00 | 2022 - Present | Interest payments for previous loan |
| | Relationship to debtor Board of Managers | | | |

Debtor **TGE Industrial Services, LLC**                    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | | | 06/02/22 - $2,823.95<br>07/05/22 - $2,823.95<br>08/02/22 - $2,823.95<br>09/02/22 - $2,823.95<br>10/06/22 - $2,823.95<br>11/20/22 - $2,823.95<br>12/02/22 - $2,823.95<br>01/01/23 - $3,360.78<br>02/01/23 - $3,360.78<br>03/01/23 - $3,360.78<br>04/01/23 - $3,360.78<br>05/01/23 - $3,360.78<br>06/01/23 - $3,360.78 | |
| | **Mark Robertson<br>1509 Post Office<br>Galveston, TX 77550** | **$39,932.29** | | **Rent payments to Shop Properties** |
| | Relationship to debtor<br>**Board of Managers** | | | |
| 30.3. | **Terry McBurney III<br>4811 Cripple Creek<br>Houston, TX 77017** | **$38,000.00** | **03/07/23** | **Credit card reimbursement for payroll loan repayment** |
| | Relationship to debtor<br>**Chief Executive Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **TGE Industrial Services, LLC**                                          Case number *(if known)*

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/17/2023

_____          **Mack McBurney**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

In re   **TGE Industrial Services, LLC**               Case No. _____

                                  Debtor(s)            Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **10,000.00** |
| Prior to the filing of this statement I have received | $ | **10,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    □ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    □ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

    06/17/2023                    /s/ David W. Parham

*Date*                             **David W. Parham 15459500**
                                      *Signature of Attorney*
                                      **Akerman LLP**
                                      **2001 Ross Avenue**
                                      **Suite 3600**
                                      **Dallas, TX 75201**
                                      **214-720-4345  Fax: 214-981-9339**
                                      **david.parham@akerman.com**
                                      *Name of law firm*

# United States Bankruptcy Court
## Southern District of Texas

In re **TGE Industrial Services, LLC**        Case No. _____

Debtor(s)       Chapter   **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **TGE Industrial Services, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

06/17/2023
Date

/s/ David W. Parham
**David W. Parham 15459500**
Signature of Attorney or Litigant
Counsel for  **TGE Industrial Services, LLC**
**Akerman LLP**
**2001 Ross Avenue**
**Suite 3600**
**Dallas, TX 75201**
**214-720-4345 Fax:214-981-9339**
**david.parham@akerman.com**

# United States Bankruptcy Court
## Southern District of Texas

In re   **TGE Industrial Services, LLC** _____   Case No. _____

                                        Debtor(s)              Chapter      **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   06/17/2023 _____          _____

                                            **Mack McBurney**/**Chief Executive Officer**
                                            Signer/Title

4A Inspection
2509 Galveston Road
Houston, TX 77017


Aaron Handler
4308 Shenandoa St
Dallas, TX 75205


ABBA Inc
305 Gregson Dr
Cary, NC 27511


Adjacent Capital Advisors LLC
4330 Williamsburg Rd
Dallas, TX 75220


Adolfo Nieto


Airgas USA, LLC
PO Box 734671
Dallas, TX 75373-4671


Al Prado
8318 Sports Haven Dr
Humble, TX 77346


Allegiance Crane & Equpment LLC
18333 Egret Bay Blvd Suite 444
Houston, TX 77044

Alon USA
PO Box 453
Krotz Springs, LA 70750-0453


American Express
PO Box 650448
Dallas, TX 75265


Andrew Dry


Ann Harris Bennett Tax AssessorCollector
PO Box 4622
Houston, TX 77210-4622


Ann King
6544 Westlake Ave
Dallas, TX 75214


Apache Industrial Services, Inc.
250 Assay St, Suite 500
Houston, TX 77044


Architectural Testing, Inc.
6700 Portwest Drive
Houston, TX 77024


Arkema Inc
900 First Ave
King of Prussia, PA 19406

Armanino LLP
231 Market Place STE 373
San Ramon, CA 94583


Ascend Performance Materials LLC
1010 Travis St, Ste 900
Houston, TX 77002


Avetta LLC
PO Box 8474
Pasadena, CA 91109


Axis Industrial Holdings, Inc.
Attn: Brad Newton
302 W Pasadena Blvd
Deer Park, TX 77536


Axis Industrial Services LLC
Attn: JT Maddox IV, President
5110 IH 37
Corpus Christi, TX 78407


Baker Hughes Oilfield Operations Inc
Attn: Steven Adams
13200 Baypark Rd
Pasadena, TX 77507


Baker's Safe & Lock Co Inc.
5612 Fondren Road
Houston, TX 77036


Better Builders Construction
2104 Avenue G
Freeport, TX 77542

Bic Recruiting/IVS Investment Banking
P.O. Box 40166
Baton Rouge, LA 70835-0166


BL Harbert
PO Box 531390
Birmingham, AL 35253


Bobby Pevehouse


Brand Safway LLC
1325 Cobb International Dr, Suite A-1
Kennesaw, GA 30152


Brandon Busch


Braskem America Inc
1735 Market St
Philadelphia, PA 19103


Briggs Equipment, Inc.
Lock Box 841272
Dallas, TX 75284-1272


BTU Management Services LLC
PO Box 218
Logan, NM 88426-0218

Buckeye Partners LP
Five Ten Park
999 Hamilton Blvd
Breinigsville, PA 18031


Byron Mcbride



C6 Capital Funding LLC
Attn: David Cooper, Managing Partner
315 East 62nd St, 3rd Floor
New York, NY 10065


Calpine Operating Services Company Inc
717 Texas Avenue, Ste 1000
Houston, TX 77002


CB&I, Inc.
2103 Research Forest Dr
Spring, TX 77380


Celanese International Corp
222 West Las Colinas Blvd, Ste 900N
Irving, TX 75039


Celestino Garza



Certi-Fab Industries
25150 Crosby Freeway
Crosby, TX 77532

Chalmetta Refining LLC
50 West Saint Bernard Hwy
Chalmette, LA 70043


Champion Technologies Inc
Attn: Contracts Manager
3200 Southwest Fwy
Houston, TX 77227


Channel Door
PO Box 1155
La Porte, TX 77572-1152


Chaparral Industrial Services
PO Box 20365
Waco, TX 76702


Chris Martinez Jr.
2310 Saint Bernard St
Thibodaux, LA 70301


Christopher A Casey


Christopher K King
6544 Westlake Ave
Dallas, TX 75214


City of Houston
PO Box 1560
Houston, TX 77251-1560

Coastal Resources Group, LLC
PO Box 1143
Seguin, TX 78155


Code Red Safety
Dept 413
P.O. Box 4458
Houston, TX 77210-4458


Comcast Business
P O Box 60533
City of Industry, CA 91716-0533


Concentric Constructions Corp, LLC
510 E. Main St
Humble, TX 77338


ConocoPhillips
600 North Dairy Ashford
WL2 #10070E
Houston, TX 77079


Consolidated Electrical Distributors Inc
PO Box 207088
Dallas, TX 75320-7088


Constellation New Energy Inc
PO Box 4911
Houston, TX 77210-4911


Contanda / BWC Terminals
1111 Bagby St, Ste 1600
Houston, TX 77002

Convestro LLC
Attn: Zakaria Kamoune
8500 West Bay Rd
Baytown, TX 77523-8727


CORE Occupational Medical
126 W. San Augustine Dr
Deer Park, TX 77536


CornerPost Acquisition, LLC
Attn: Michael G. Donohoe
4330 Williamsburg Road
Dallas, TX 75220


CornerPost Capital Partners LLC
580 Decker Dr., Ste 260
Irving, TX 75062


Corrosion Products of Texas
2003A Preston A
Pasadena, TX 77503


Craig Kenney Exempt Trust
8525 Ferndale Rd., Ste 204
Dallas, TX 75238


Cynthia & Robert Davis
2459 S Ponte Vedra Blvd
Ponte Vedra Beach, FL 32082


David D Mathews
2401 Cedar Bayou Rd
Baytown, TX 77520

David Graham


David M Maggio
2204 Peninsula Dr
Flower Mound, TX 75022


DCP Midstream
6900 East Layton Ave, Ste 900
Denver, CO 80237


Denbury OnShore LLC
5320 Legacy Dr
Plano, TX 75024


Devon Energy Production Co LP
333 W Sheridan Ave
Oklahoma City, OK 73102-5015


Diamond Green Diesel
14891 E Airline Why
Norco, LA 70079


DISA Global Solutions Inc
Dept 3731
PO Box 123731
Dallas, TX 75312-3731


Donohoe Family Partnership
6865 Lakeshore Dr
Dallas, TX 75214

Egar Inc
602 9th St N
Texas City, TX 77590-7449


Elm Creek Partners I LP
5949 Sherry Lane, Ste 1070
Dallas, TX 75225


Elm Creek TGE Investment LP
5949 Sherry Ln, Ste 1070
Dallas, TX 75225


EnGlobal Engineering Services
654 N Sam Houston Pkwy E, Ste 400
Houston, TX 77060


Enterprise FM Trust
Enterprise FM Customer Billing
PO BOX 800089
Kansas City, MO 64180-0089


Equipment Depot
P.O. Box 209004
Dallas, TX 75320-9004


Equipment Share
PO Box 2214
Decatur, AL 35609


EthosEnergy Power Solutions LLC
2800 N Loop W
Houston, TX 77092

Evergreen Industrial Services
P O Box 2078
Deer Park, TX 77536


ExxonMobil Global Services Co
1735 Hughes Landing Blvd
Spring, TX 77380


Federal Insurance Company
Capital Center, 251 North Illinois
Suite 1100
Indianapolis, IN 46204-1927


FedEx Freight
Dept CH
PO Box 10306
Palatine, IL 60055-0306


First In Rescue Safety and Training
6777 Fairmont Parkway
Pasadena, TX 77505


FlintHills,Investa, Koch
4123 East 37th Street North
Wichita, KS 67220


Functional Office Systems
8524 Highway 6 North #210
Houston, TX 77095


Gateway Printing & Office Supply
315 S. Closner
Edinburg, TX 78539

Gordon Arata Montgomery Barnett
201 St. Charles Ave, 40th Floor
New Orleans, LA 70170-4000


Grainger, Inc.
DEPT. 883797607
PO Box 419267
Kansas City, MO 64141-6267


Ground Penetrating Radar Systems, LLC
PO Box 932
Toledo, OH 43623


Gulf Coast Safety Council
170 James Drive East St
Saint Rose, LA 70087


Hammack & Co., CPAs LLC
10510 Spencer Hwy
La Porte, TX 77571


Hartree Partners LP
1185 Avenue of the Americas
New York, NY 10036


HDS White Cap Const. Supply
P O Box 4852
Orlando, FL 32802-4852


Health and Safety Council
5213 Center Street
Pasadena, TX 77505

HJC Development Ltd I
8525 Ferndale Rd., Ste 204
Dallas, TX 75238


HMTBP Holdings, Inc
P O Box 841686
Dallas, TX 75284-1686


Houston Area Safety Council
PO Box 621001
Dallas, TX 75262-1001


Houston Welders Supply LLC
11001 Wallisville Road Bldg B
Houston, TX 77013


Hulltech Solutions LLC
2810 Rosebud Dr
Pearland, TX 77584-9100


Huntsman International LLC
10003 Woodlock Forest Dr
Spring, TX 77380


Industrial Direct LLC
9700 Harbour Place Suite 128
Mukilteo, WA 98275


Industrial Safety Training Council
3749 Hwy 69 North
Beaumont, TX 77705

INEOS Oligomers Chocolate Bayou LLC
Attn: Procurement Manager
2600 South Shore Blvd, Ste 400
League City, TX 77573


INEOS Styrolution America LLC
12222 Port Road
Pasadena, TX 77507



INEOS USA LLC
dba INEOS Olefins & Polymers USA
Attn: Eddie Carter, Procurement Mgr
2600 South Shore Blvd, Ste 500
League City, TX 77573


Intercoastal Sales Co
P O Box 1547
La Porte, TX 77572



IPFS Corporation
2777 Allen Parkway Suite 550
Houston, TX 77019



IPFS Corporation
2900 N Loop West, Ste 1150
Houston, TX 77092



ISN Software Corporation
PO Box 841808
Dallas, TX 75284-1808



Jackson Walker, LLP
P O Box 130989
Dallas, TX 75313-0989

Jacob Rivers

James & Helen McCleneghen
2701 Regatta Dr.
Plano, TX 75093

James A Donohoe TTEE
6865 Lakeshore Dr
Dallas, TX 75214

James A Donohoe TTEE / Allison Elaine
6865 Lakeshore Dr
Dallas, TX 75214

James A Donohoe TTEE / Katherine Ann
6865 Lakeshore Dr
Dallas, TX 75214

James A Donohoe TTEE / Nicholas James
6865 Lakeshore Dr
Dallas, TX 75214

Jane Bosart Foundation
8525 Ferndale Rd, Ste 204
Dallas, TX 75238

Javier Gonzalez
312 E Cedar Bayou Lynchburg Rd
Baytown, TX 77521

Jeff Havens

Jeffrey & Stacey Henningsen
1800 Augusta, Ste 105
Houston, TX 77057

Jerome Trust
Jerome Francis Donoe TTEE
2865 Sheridan Place
Evanston, IL 60201

JM TestSystems LLC
7323 Tom Dr
Baton Rouge, LA 70806

John McBurney
4 Chelsea Blvd #1211
Houston, TX 77006

John O Sloan
2810 Rosebud Dr
Pearland, TX 77584

Jon Linker
6223 Woods Bridge Way
Houston, TX 77002

Joshua Dade Contractors Corporation
121 E. San Augustine
Deer Park, TX 77536

Julie Wilford

Justin Morgan

Kaneka North America LLC
Attn: Yari Curry
6161 Underwood Rd
Pasadena, TX 77507

Karen McAllister
17310 Cricket Mill Dr
Humble, TX 77346

Katherine Phillips

Kinder Morgan Contracting Services LLC
405 Clinton Dr, Ste D
Galena Park, TX 77547

KRONOS
P O Box 744724
Atlanta, GA 30374-4724

Labelleco Fab LLC
PO Box 20516
Beaumont, TX 77720

Landshark Hydro Excavation Services, LLC
3405 Almeda Genoa Rd
Houston, TX 77047


Lester Wollam



Lonestar Energy Fabrication
2050 FM 1405
Baytown, TX 77523


Louisiana Dept of Revenue
PO Box 4969
Baton Rouge, LA 70821-4969


Louisiana Occupational Medicine
Prime Lake Charles
15481 Airline Hwy
Baton Rouge, LA 70817


Lucky Ace Web Design LLC
316 Cavil Barrier Ln
La Porte, TX 77571


Lyondell Chemical Company
1221 McKinney St, Ste 300
Houston, TX 77010


M&B Tools LLC
1024 W Pasadena Freeway
Pasadena, TX 77506

Mackey Mechanical Services
5252 FM 517 E
Dickinson, TX 77539


Marathon Petroleum Co LP
539 South Main St
Findlay, OH 45840


Marathon Pipe Line LLC
539 South Main St
Findlay, OH 45840


Margie Yepez
12 E Nazro St
Baytown, TX 77520


Mark Robertson
1509 Post Office
Galveston, TX 77550


Marking Services Inc
8265 N Faulkner Rd
Milwaukee, WI 53224


Marverick International LTD
1650 Brockman St. #1906
Beaumont, TX 77705


Marx Steel LLC
11983A FM 529
Houston, TX 77041

Maxim Crane Works LP
1225 Washington Pike
Bridgeville, PA 15017

Mayer Electric Supply Co Inc
3405 4th Avenue South
Birmingham, AL 35222

Michael & Linda Donohoe
4330 Williamsburg Rd
Dallas, TX 75220

Michael Bosco
9206 Club Glen Dr
Dallas, TX 75243

MISTRAS Group, Inc
195 Clarksville Road
Princeton Junction, NJ 08550

Moss Adams LLP
P.O. Box 101822
Pasadena, CA 91189-1822

Mustang Rental Services of Texas
PO Box 4346 Dept 188
Houston, TX 77210-4346

Mutual of Omaha
P.O. Box 2147
Omaha, NE 68103-2147

NALCO Company
3200 Southwest Fwy, Ste 2700
Houston, TX 77027


Nathan T Kinney
1551 N Michigan Ave, Apt 1603
Chicago, IL 60601


National Tank & Equipment
PO Box 4318 Dept #707
Houston, TX 77210-4318


Nest Construction Services, LLC
395 CR 668
Dayton, TX 77535


Network Cabling Services Inc
12626 Fuqua St
Houston, TX 77034


nFusion Capital Finance LLC
Attn: Jason Lippman, CEO
6444 Burnet Road, Suite 100
Austin, TX 78757


nFusion Capital Finance LLC
Attn: Anthony Fortunato, Director U/W
6444 Burnet St. #100
Austin, TX 78757


nFusion Capital Finance LLC
Attn: Anthony Fortunato
6444 Burnet Road, Suite 100
Austin, TX 78757

Oates Industrial Inc
2900 E X Street
La Porte, TX 77571


Oiltanking



Omnipotech LTD
11422 A Cragalhead Dr
Houston, TX 77025


Oracle America Inc
PO Box 203448
Dallas, TX 75320-3448


OXEA Corporation
1505 West LBJ Fwy, Ste 400
Dallas, TX 75234


PAT Tank Inc
PO Box L
Groves, TX 77619-1259


Paul S Tomaso
4422 Northcrest Rd
Dallas, TX 75229


Performance Contracting Inc
P O Box 872346
Kansas City, MO 64187

Petrofac Inc
16340 Park Ten Pl
Houston, TX 77084


Phillip Terry



Phillips 66 Universal
WEX BANK
P O Box 6293
Carol Stream, IL 60197


Polynt Composites USA Inc
Attn: Harold J Visser
2434 Holmes Rd
Houston, TX 77051


Power House Resources
260 Terrace View Way
Seneca, SC 29678


Primero Industrial Services LTD
12518 HWY 6
Santa Fe, TX 77510


Pro-Surve Technical Services LLC
1265 Bulter Road
League City, TX 77573


ProservCrane Group
PO Box 670965
Houston, TX 77017

Randy S. Roden
PO Box 538
Liverpool, TX 77577


Reconn Industrial Services LLC
4811 Cripple Creek Dr
Houston, TX 77017-5935


Red-D-Arc
259 N. Radnor-Chester Road
Wayne, PA 19087


Rexel
P O Box 840638
Dallas, TX 75284-0638


Rilene Burgess
1415 Poplar Cove
La Porte, TX 77571


Robert S Davis
3102 Hanna Ln
Bentonville, AR 72712


RUS Industrial LLC
16030 Bear Bayou Dr
Channelview, TX 77530


Rust-Ewing Watt and Haney Inc
dba Texas First Insurance
7900 Emmett Lowry Expressway
Texas City, TX 77591

S&B Constructors (EPC)


Santex Building Company
130 San Augustine Ave
Deer Park, TX 77536


Sentinel Integrity Solutions
6606 Miller Road 2
Houston, TX 77049


Shelter Roofing LP
PO Box 591653
Houston, TX 77259


Shintech Inc
Three Greenway Plaza, Ste 1150
Houston, TX 77046


Shop Properties
Attn: Mark Robertson
1509 Post Office
Galveston, TX 77550


Shop Properties LLC
1509 Post Office St
Galveston, TX 77550-4832


SignQuick
1426 Atlantis Drive
Webster, TX 77598

Simply Smart Holdings LLC
PO Box 99051
Houston, TX 77261


Sloan and Roberts PLLC
5151 Belt Line Road Suite 1050
Dallas, TX 75254


Sloan Rangers LLC
2810 Rosebud Drive
Pearland, TX 77584


Small Business Administration
4300 Amon Carter Blvd.
Fort Worth, TX 76155


Smart Materials
1404 Wllisvillle Rd
Liberty, TX 77575


Spartan Specialty Companies LLC
415 W Barbours Cut Blvd
La Porte, TX 77571


Stepan Company
Attn: Ryan Horn
22 W Frontage Rd
Winnetka, IL 60093


Stephenson Fournier
3355 West Alabama Suite 640
Houston, TX 77098

Summit Fire & Security
PO Box 6783
Carol Stream, IL 60197-6783


Tap Truck Houston LLC
1225 North Loop W Ste 640
Houston, TX 77008


Targa Resources LLC
1000 Louisiana, Ste 4300
Houston, TX 77002


TEAM Industrial Services Inc
13131 Dairy Ashford Suite 600
Sugar Land, TX 77478


Tennessee State Revenue /TN TAP
500 Deaderick Street
Nashville, TN 37242


Terminix Commercial
P O Box 802155
Chicago, IL 60680


Terry D McBurney III
4811 Cripple Creek
Houston, TX 77017


Terry McBurney
4811 Cripple Creek
Houston, TX 77017

Terry McBurney III

Texas Comptroller
6320 Southwest Blvd, Ste 201
Fort Worth, TX 76109

Texas First Insurance
7900 Emmett F. Lowry Expy
Texas City, TX 77591

Texas Outhouse
950 McCarty Street
Houston, TX 77029

Texas State Comptroller
P O Box 149348
Austin, TX 78714-9348

Tier 1 Integrity, LLC
PO Box 4590
Pasadena, TX 77502-0590

Timothy Sharbine

Tool Mart Inc
13721 S. Gessner, Suite 200
Missouri City, TX 77489

Total Petrochemicals & Refining USA Inc
1201 Louisiana St, Ste 1800
Houston, TX 77002


Total Safety
11111 Hwy 225
La Porte, TX 77571


TPC Group LLC
500 Dallas, Ste 1000
Houston, TX 77002


Unique Admin Services Organization LLC
4646 Corona Ste 105
Corpus Christi, TX 78411


Unique Staff Leasing III Ltd
dba UniqueHR
4646 Corona, Ste 100
Corpus Christi, TX 78411


Unique Staff Leasing III, Ltd
dba UniqueHR
4646 Corona, Ste 100
Corpus Christi, TX 78411


United Rentals
PO Box 840514
Dallas, TX 75284-0514


United Sourcing and Logistics LLC
P O Box 5631
Pasadena, TX 77508

Universal Rectifiers Inc
P O Box 1640
Rosenberg, TX 77471


Uribe Steel
7213 Miller Rd 2
Houston, TX 77049


Valero Companies
PO Box 691787
San Antonio, TX 78269-1787


Valero Energy Corporation
Att: Mark Till
1 Valero Way
San Antonio, TX 78249


Vallen Electrical


Veolia North America
Attn: General Counsel
53 State St, 14th Floor
Boston, MA 02109


Veriforce
300 Hioliday Square Blvd. Ste. 100
Covington, LA 70433


Veronica Verastegui

Wadler Perches


Waste Management
P.O. Box 660345
Dallas, TX 75266


Watch Enterprises LLC
2185 N.E. Spalding Ave #10
Grants Pass, OR 97526


Welder Testing Inc
502 West 13th Street
Deer Park, TX 77536


WEX Bank
PO Box 6293
Carol Stream, IL 60197-6293


Whirlwind Steel Buildings Inc
PO Box 75280
Houston, TX 77234-5280


Wholesale Electric Supply Co of Houston
P O Box 732778
Dallas, TX 75373-2778


William H Douning
12026 Lueders Ln
Dallas, TX 75230

```
William Scotsman Inc
PO Box 91975
Chicago, IL 60693-1975
```

```
Willscot Mobile Mini
4646 E Van Buren St., Ste 400
Phoenix, AZ 85008
```

```
WPC Coit / SV LP
8525 Ferndale Rd., Ste 204
Dallas, TX 75238
```

```
Wright National Flood Insurance Company
PO Box 33003
Saint Petersburg, FL 33733-8003
```

```
Wrinkle, Garner & Company
3231 FM 528
Friendswood, TX 77546
```